NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMEL LEE BELL, DC #H32319,  )
                              )
        Appellant,            )
                              )
v.                            )   Case No. 2D18-1049
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
                              )
_____ )

Opinion filed August 9, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County, Jalal A. Harb, Judge.

Jamel Lee Bell, pro se.

PER CURIAM.

        Affirmed.

SILBERMAN, MORRIS, and SLEET, JJ., Concur.